```
             UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                WESTERN DIVISION AT DAYTON
```

**UNITED STATES OF AMERICA,** : Case No.: 3:15CR005(2)TMR
        **Plaintiff,** : **ORDER**
        **v.**
**PORSHA McNICHOLS,**
        **Defendant.**

## ORDER

On or about July 21, 2016, pursuant to Federal Rule of Criminal Procedure 48(a), the United States has moved to dismiss with the prejudice the indictment against defendant Porsha McNichols only. In particular, the United States reports that Ms. McNichols successfully has completed her period of pretrial diversion in this case. Accordingly, the Court hereby GRANTS the motion of the United States and dismisses with prejudice the indictment against defendant Porsha McNichols only.

7/25/2016
_____     _____
DATE                       HONORABLE THOMAS M. ROSE
                           UNITED STATES DISTRICT COURT JUDGE

1